UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**IAN CARLISLE TROTMAN**
212 OAKWOOD STREET, NE
WASHINGTON, D. C. 20032

    **Plaintiff,**
  v.                                    CIVIL ACTION NO. 1:25-CV-1665

**TRANSUNION, LLC**
OFFICE OF GENERAL COUNSEL
555 W. ADAMS STREET
CHICAGO, IL 60661

**EXPERIAN INFORMATION SOLUTIONS, INC.**
P.O. BOX 4500
ALLEN, TX 75013

**EQUIFAX INFORMATION SERVICES, LLC**
1550 PEACHTREE STREET
ATLANTA, GA 30309

    **Defendants.**

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby removes Case No. 2025-CAB-002674 currently pending in the Superior Court of the District of Columbia, Civil Division ("State Action") to the United States District Court for the District of Columbia. Removal of the State Court Action to this Court is proper for the following reasons:

    **I.**    **PROCEDURAL HISTORY AND BACKGROUND**

1. On or about April 26, 2025, Plaintiff Ian Carlisle Trotman ("Plaintiff") filed a Complaint (the "Complaint") in the Superior Court of the District of Columbia, Civil Division,

styled *Ian Carlisle Trotman v. TransUnion LLC, Office of General Counsel, et al,* Case No. 2025-CAB-002674.

2. The Complaint was served upon Experian on May 2, 2025.

3. Specifically, in the Complaint, Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.*

## II. GROUNDS FOR REMOVAL

4. Federal courts have original jurisdiction of all cases that arise under federal law, 28 U.S.C. § 1331, and such cases are explicitly within this Court's removal jurisdiction. *See* 28 U.S.C. § 1441(b) (providing that the courts have removal jurisdiction for any action in which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States).

5. The FCRA is a federal statute, and the basis of Plaintiff's claims is that Experian committed violations of this statute.

6. Experian's position is that it did not violate any federal or state law as it relates to Plaintiff.

7. The parties' claims and defenses thus rest in part on an interpretation of 15 U.S.C. § 1681 *et seq*. Therefore, this case explicitly concerns federal law.

## III. COMPLIANCE WITH STATUTORY REQUIREMENTS

8. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Experian from the State Court Action are attached hereto as **Exhibit A**. Upon information and belief, no other related process, pleadings, or orders have been served upon Experian.

9. This Notice is being filed within 30 days after Experian's receipt of a copy of the initial pleading setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. § 1446(b).

10. Upon review of the Court's electronic filing system, no previous Notice of Removal has been filed or made with this Court for the relief sought herein.

11. The United States District Court for the District of Columbia is the federal judicial district encompassing the Superior Court of the District of Columbia, Civil Division, where this suit is currently pending. Venue is therefore proper under 28 U.S.C. § 1441(a).

12. Pursuant to the provisions of 28 U.S.C. § 1446(d), Experian will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the District of Columbia, Civil Division, and will serve a copy upon Plaintiff. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

13. Accordingly, pursuant to 28 U.S.C. §§ 1331 and 1441, the present lawsuit may be removed from the Superior Court of the District of Columbia, Civil Division and brought before the United States District Court for the District of Columbia.

14. TransUnion, LLC was joined and served on May 2, 2025. TransUnion, LLC's Consent to Removal is attached as **Exhibit C**.

15. Equifax Information Services, LLC's has not been served. Affidavit of Non-Service as to Equifax is attached as **Exhibit D.**

### IV. RESERVATION OF RIGHTS

20. Experian denies any and all allegations contained in Plaintiff's Complaint or in any other filing in the State Court Action, and files this Notice of Removal without waiving any

defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court.

21.  Further, in making the allegations in this Notice of Removal, Experian does not concede in any way that the allegations in the Complaint are properly raised against Experian, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought is authorized or appropriate.

22.  Experian reserves the right to amend or supplement this Notice of Removal. And, in this regard, if any questions arise as to the propriety of the removal of the State Court Action, Experian expressly requests the opportunity to present a brief, oral argument, and/or any further evidence necessary in support of its position that this action is removable.

WHEREFORE, having met all the requirements for removal, Defendant Experian Information Solutions, Inc. respectfully removes this case from the Superior Court of the District of Columbia, Civil Division to the United States District Court for the District of Columbia, and seeks whatever further relief this Court deems equitable and just.

Dated: May 23, 2025

*/s/ Elizabeth M. Briones*
Elizabeth M. Briones, Esq.,
D.C. Bar No. 888324983
TROUTMAN PEPPER LOCKE LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Elizabeth.Briones@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Ian Carlisle Trotman
212 Oakwood Street SE
Washington, DC 20032
Trotman28@yahoo.com
*Pro se plaintiff*

                              */s/ Elizabeth M. Briones*
                              *Counsel for Experian Information Solutions, Inc.*

5

314336023