United States District Court for the District of Columbia

Ian C. Trotman,

Plaintiff,

v.

Equifax Information Services LLC, TransUnion LLC, et al.,

Defendants.

Case No.: 25-1665 (LLA)

PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE

Plaintiff, Ian C. Trotman, pro se, and respectfully moves this Honorable Court to schedule a settlement conference in this matter. In support thereof, Plaintiff states as follows:

I. Background

1. Plaintiff filed a Complaint against Defendants on April 26, 2025, in the Superior Court of the District of Columbia, Civil Division, alleging violations of the Fair Credit Reporting Act (FCRA), including:

   a. Allowing inaccurate information to appear on credit reports

   b. Conducting sham investigations rather than properly reviewing disputes as required by the Fair Credit Reporting Act ("FCRA")

   c. Using faulty intake procedures and failing to accurately convey relevant information about disputes

   d. Routinely accepting furnisher responses even when "improbable or illogical on its face"

   e. Sending consumers notices that fail to inform them of investigation results, providing instead "information that is confusing, ambiguous, incorrect, or internally inconsistent"

   f. Failing to properly reinvestigate disputes within required timelines

   g. Sending misleading or confusing dispute codes to furnishers

   h. Over-relying on furnisher responses even when inconsistent or unreliable

   i. Failing to inform consumer of reinvestigation results.



2. To date, the Defendants have filed a Motion to Dismiss, which is currently pending before the Court.

3. Although Plaintiff has attempted to engage in settlement discussions with Defendants, these discussions have not been successful to date.

II. Argument

1. A settlement conference would be beneficial to resolving this case.

2. A settlement conference presided over by a neutral third party, such as a Magistrate Judge or a court-appointed mediator, would provide a structured and facilitated environment for the parties to engage in meaningful settlement negotiations.

3. A neutral third party can help the parties to:

   a. Evaluate the strengths and weaknesses of their respective cases.

   b. Identify the key issues in dispute.

   c. Explore potential settlement options.

   d. Overcome any barriers to settlement.

4. Plaintiff believes that a settlement conference would be particularly helpful in this case because:

   a. While the key legal principles are established, the application of those principles to the specific facts of this case, and the assessment of potential damages, would benefit from the structured discussion facilitated by a settlement conference.

   b. The parties have differing views on the value of Plaintiff's claims.

   c. A neutral third party could help the parties to bridge the gap between their respective positions.

   d. The parties have a history of contentious litigation, and a neutral third party could help to foster a more cooperative atmosphere.

5. Plaintiff is committed to engaging in good-faith settlement negotiations and believes that a settlement conference would provide the best opportunity to resolve this case fairly and efficiently.

III. Relief Requested

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court schedule a settlement conference in this matter at its earliest convenience.

Respectfully submitted,

*Ian C. Trotman*
Ian C. Trotman
212 Oakwood Street SE
Washington DC 20032
904-248-8399
trotman28@yahoo.com

Pro Se Plaintiff